UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

|  |  |  |
|---|---|---|
| ALSTOM POWER, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:01-cv-02265-WWE |
| BDP INTERNATIONAL, INC. | ) | |
| Defendant. | ) | |

## CORRECTED ENTRY OF APPEARANCE

TO:  Clerk's Office
U.S. District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

The undersigned counsel corrects the appearance of record to reflect that I am no longer employed with the firm of O'Connell, Flaherty & Attmore, LLC and setting forth my new office and address.

Dated at Middletown, Connecticut this 27th day of January, 2004.

By _____
Charles I. Miller
The Balaban Law Firm
425 Main Street, 4th Floor
Middletown, Connecticut 06457
Federal Bar No. CT 08203
Phone: 860-346-5244
Fax: 860 347-9706
Email: cim@balaban-lawfirm.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid this 27th day of January, 2004 to:

Counsel Served:

Nicholas J. DiMichael
Karyn A. Booth
Thompson Hine LLP
1920 N St., N.W.
Suite 800
Washington, DC 20036-1601

Robert W. Allen
Ronald J. Cohen
Timothy P. Jensen
Tyler, Cooper & Alcorn
205 Church St., P.O. Box 1936
New Haven, CT 06509-1910

Matthew W. Den Ouden
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300
Email: moconnell@ofalaw.com

_____
Charles I. Miller

\\Linuxserv\public\Data\CIM\BDP International\Pleadings\CIM's Corrected Appearance.wpd