UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

| | |
|---|---|
| ALSTOM POWER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:01-cv-02265-WWE |
| ) | |
| BDP INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

MOTION TO CONFIRM THE ARBITRATORS' AWARD AND
FOR JUDGMENT IN FAVOR OF BDP INTERNATIONAL, INC.

**AND NOW**, comes the defendant, BDP International, Inc. ("BDP"), by and through its undersigned counsel, and moves this Court to confirm the Arbitrators' Award and enter judgment in favor of BDP. In support thereof, BDP avers as follows:

1.  The instant matter was commenced by the filing of a civil action Complaint on December 4, 2001.

2.  On January 30, 2002, the parties entered into a letter agreement in which they agreed, among other things, to resolve their dispute through arbitration and that any award of the

-1-

arbitration panel shall be enforced or vacated only in this Court pursuant to the standards of 9 U.S.C. §§ 9 and 10. A true and correct copy of the parties' letter agreement dated January 30, 2002 is attached hereto as Exhibit "A."

       3. On February 4, 2002, with the consent of the defendant, plaintiff moved the Court for an Order referring the dispute for arbitration in accordance with the parties' January 30, 2002 letter agreement and staying the instant matter pending conclusion of the arbitration.

       4. The Court granted plaintiff's motion by endorsement.

       5. Thereupon, the parties negotiated an Agreement Concerning Arbitration ("Arbitration Agreement"), selected three arbitrators to hear the dispute, and created a schedule for the arbitration proceeding. True and correct copies of the Arbitration Agreement including its December 12, 2003 Amendment, and the Statement of Issues Agreed upon by the Parties and Schedule for the Arbitration Proceeding are attached as Exhibits "B" and "C," respectively.

       6. In the Arbitration Agreement, the parties reaffirmed that the decision of the arbitrators shall be binding on the parties and that a party may seek to enforce or vacate the arbitration decision only in this Court pursuant to the standards of the Federal Arbitration Act set forth at 9 U.S.C. §§ 9 and 10. See Exhibit "B" at ¶11.

7. After the completion of extensive discovery and two postponements, an arbitration hearing was conducted before the three arbitrators in New York City from August 18, 2003 through August 20, 2003.

8. On December 31, 2003, the arbitrators submitted their award in which they unanimously found in favor of defendant, BDP International, Inc on the claims alleged in the Complaint. A true and correct copy of the Arbitrators' Award dated December 31, 2003 is attached hereto as Exhibit "D."

9. The Federal Arbitration Act permits any party to apply to the Court for an Order confirming the award anytime within one year after the award is made. 9 U.S.C. § 9.

10. The plaintiff has no objection to the granting of this motion.

WHEREFORE, BDP International, Inc. respectfully requests that the Court enter an Order:

(1) confirming the Arbitrators' Award in favor of defendant, BDP International, Inc. and

(2) entering judgment in favor of BDP International, Inc. based upon the Arbitrators' Award.

Respectfully submitted,

_____
Charles I. Miller (CT08203)
The Balaban Law Firm
425 Main Street, 4th Floor
Middletown, Connecticut 06457
Phone: 860-346-5244
Fax: 860-347-9706
Email: cim@balaban-lawfirm.com

Of Counsel:
A. Christopher Young (CT 2344)
Kara L. Haberbush
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
215-981-4000

Attorneys for Defendant,
BDP International, Inc.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

|  |  |
|---|---|
| ALSTOM POWER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:01-cv-02265-WWE |
| ) | |
| BDP INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

**AND NOW**, this _____ day of _____, 2004, upon consideration of defendant, BDP International, Inc.'s Motion to Confirm the Arbitrators' Award and for Judgment in its Favor, and all responses, if any, thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**. The December 31, 2003 Arbitrators' Award is hereby confirmed and the Clerk is directed to enter judgment in favor of defendant, BDP International, Inc.

_____
Eginton, J.

## CERTIFICATE OF SERVICE

I hereby state that on January 27, 2004, I caused a true and correct copy of the attached Motion to Confirm Arbitrators' Award and for Judgment in Favor of BDP International, Inc. to be served via first class mail, postage prepaid, upon the following parties:

> Nicholas J. DiMichael
> Karyn A. Booth
> Thompson Hine LLP
> 1920 N St., N.W.
> Suite 800
> Washington, DC 20036-1601
> 202-331-8800
>
> Robert W. Allen
> Ronald J. Cohen
> Timothy P. Jensen
> Tyler, Cooper & Alcorn
> 205 Church St., P.O. Box 1936
> New Haven, CT 06509-1910
> 203-784-8200
>
> Matthew W. Den Ouden
> O'Connell, Flaherty & Attmore
> 280 Trumbull St.
> Hartford, CT 06103-3598

_____
Charles I. Miller