UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

| | |
|---|---|
| ALSTOM POWER, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:01-cv-02265-WWE |
| BDP INTERNATIONAL, INC. | ) |
| Defendant. | ) |

ORDER

**AND NOW**, this 7th day of April, 2004, upon consideration of defendant, BDP International, Inc.'s Motion to Confirm the Arbitrators' Award and for Judgment in its Favor, and all responses, if any, thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**. The December 31, 2003 Arbitrators' Award is hereby confirmed and the Clerk is directed to enter judgment in favor of defendant, BDP International, Inc.

WARREN W. EGINTON, Senior U.S. District Court