UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALSTOM POWER, INC.

    v.                              3:01CV2265 WWE

BDP INTERNATIONAL, INC.

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's motion to confirm the arbitrators' award and for judgment in favor of BDP International, Inc.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 7, 2004, entered an Order granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant BDP International, Inc. and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of April, 2004.

                                      KEVIN F. ROWE, Clerk

                                      By      /s/                 
                                                  Chrystine W. Cody
                                                  Deputy-in-Charge

Entered on Docket _____